# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1001
_____

United States of America

*Plaintiff - Appellee*

v.

Rodney Lamard Hall, II

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa
_____

Submitted: August 4, 2025
Filed: August 7, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Rodney Hall appeals the sentence imposed by the district court[1] after he pled guilty to drug and firearm offenses. His counsel has moved for leave to withdraw and

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1976), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Hall. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760-61 (8th Cir. 2014) (presuming sentence reasonable if within United States Sentencing Guidelines Manual range). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____